# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENA MAE FERTIG, | ) Case No.: 1:21-cv-1390 JLT |
| Plaintiff, | ) |
| | ) ORDER VACATING THE SCHEDULING |
| v. | ) ORDER DATED SEPTEMBER 20, 2021 |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Plaintiff seeks judicial review of the administrative decision denying his application for Social Security benefits. (*See* Doc. 1.) Pursuant to General Order No. 615, all actions seeking such review are stayed due to limitations caused by the COVID-19 pandemic and the Commissioner's inability to prepare a certified administrative record. Accordingly, the Court **ORDERS**:

1. The Scheduling Order dated September 20, 2021 (Doc. 6) is **VACATED**; and
2. The action shall remain stayed, pending further order of the Court.

IT IS SO ORDERED.

Dated: __September 21, 2021__     _____ /s/ Jennifer L. Thurston
                                   CHIEF UNITED STATES MAGISTRATE JUDGE